NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000450
09-MAR-2015
08:27 AM

NO. CAAP-12-0000450

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PAUL K. CULLEN aka PAUL KAUKA NAKI, Plaintiff-Appellant,
v.
LAVINIA CURRIER and PUU O HOKU RANCH, LTD., Defendants-Appellees.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
MOLOKA'I DIVISION
(DC-CIVIL NO. 11-1-3105)

ORDER DISMISSING CONTINUED REQUEST FOR RECONSIDERATION
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of the "Continued Request For Reconsideration Filed November 25, 2014" (Continued Request) filed by Plaintiff-Appellant Paul K. Cullen aka Paul Kauka Naki (Appellant) *pro se* on March 4, 2015, which appears to be a further motion for reconsideration, the papers in support, and the records and files herein, the Judgment in this appeal was entered on January 5, 2015 and there is no authority for Appellant's filing of the Continued Request.

Therefore, IT IS HEREBY ORDERED that the "Continued Request For Reconsideration Filed November 25, 2014" is dismissed.

DATED: Honolulu, Hawai'i, March 9, 2015.

Chief Judge

Associate Judge

Associate Judge